UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEROY JAMEEL GREENWOOD, | ) | Case No. CV 08-6856 DSF (CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ADOPTING FINDINGS, |
| v. | ) | CONCLUSIONS, AND |
| | ) | RECOMMENDATIONS OF UNITED |
| LARRY SMALL, Warden, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, the report and recommendation of the United States Magistrate Judge, and petitioner's objections to the report and recommendation. In his objections, petitioner contends, among other things, that the Magistrate Judge erred in rejecting petitioner's Sixth Amendment right to self-representation ground for relief. Specifically, petitioner contends that his request to represent himself was timely, even though he made the request after jury selection had already commenced. This contention has already been addressed in the Report and Recommendation. Moreover, the court notes that the timing of petitioner's last request to represent himself stemmed from his own misgivings and repeated changes of heart regarding the decision to represent himself. See United States v. Mendez-Sanchez, 563 F.3d 935,

946-47 (9th Cir. 2009) (holding on direct review that district court did not err in finding that defendant failed to properly assert his right to self-representation when defendant's assertion was equivocal).

Accordingly, the court concurs with and adopts the findings, conclusions, and recommendations of the magistrate judge, with the following changes:

p. 11, ln. 9-10: "Evitts v. Lucey, 469 U.S. 387, 395-99 (1985) should be "Smith v. Robbins, 528 U.S. 259, 285 (2000), citing Smith v. Murray, 477 U.S. 527, 535-36 (1986).";

p. 14, lns. 4-5: the parenthetical should be "(citing Donnelly v. DeChristoforo, 416 U.S. 637, 643 (1974))."

IT IS ORDERED that judgment be entered denying the petition for writ of habeas corpus and dismissing this action with prejudice.

DATED: 7/6/09

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2