UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEROY JAMEEL GREENWOOD, | ) | Case No. CV 08-6856 DSF (CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| LARRY SMALL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: 7/6/09

*Dale S. Fischer*
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE